Mark Ogden; AZ Bar No. 017018
mogden@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:  602.474.3600
Facsimile:  602.957.1801

Attorneys for Defendant
STATE OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>              Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>              Defendant. | Case No. 2:18-cv-00384-GMS<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant the State of Arizona hereby answers Plaintiff's Complaint by admitting, denying, and affirmatively alleging as follows:

1. Defendant admits that Plaintiff's Complaint asserts a claim against it under Title VII as alleged in ¶ 1 of Plaintiff's Complaint, but denies that it committed any acts giving rise to any liability to Plaintiff under Title VII or otherwise.

2. Defendant admits the allegations in ¶ 2 of Plaintiff's Complaint.

3. Defendant admits the allegations in ¶ 3 of Plaintiff's Complaint.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 4 of Plaintiff's Complaint.

5. Defendant admits the allegations in ¶ 5 of Plaintiff's Complaint.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 6 of Plaintiff's Complaint.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

7. Defendant denies that it owns and operates the Arizona Department of Corrections (the "Department"), but admits that the Department is a division/department of the State of Arizona and affirmatively asserts that the Department is a non-jural entity.

8. Defendant admits the allegations in ¶ 8 of Plaintiff's Complaint.

9. Defendant denies the allegations in ¶ 9 of Plaintiff's Complaint.

10. Defendant denies the allegations in ¶ 10 of Plaintiff's Complaint.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 11 of Plaintiff's Complaint.

12. Defendant denies the allegations in ¶ 12 of Plaintiff's Complaint.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 13 of Plaintiff's Complaint.

14. Defendant denies the allegations in ¶ 14 of Plaintiff's Complaint.

15. Defendant denies the allegations in ¶ 15 of Plaintiff's Complaint.

16. Defendant denies the allegations in ¶ 16 of Plaintiff's Complaint.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 17 of Plaintiff's Complaint.

18. Defendant denies the allegations in ¶ 18 of Plaintiff's Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 19 of Plaintiff's Complaint.

20. Defendant denies the allegations in ¶ 20 of Plaintiff's Complaint and affirmatively alleges that it had no knowledge of any alleged threat to Plaintiff's safety, that Plaintiff was being subjected to any discriminatory harassment, and that Plaintiff refused to provide it with any information regarding any alleged problem he may have been experiencing.

21. Defendant denies the allegations in ¶ 21 of Plaintiff's Complaint and affirmatively alleges that Plaintiff's attorney complained about alleged discriminatory treatment in June 2015 and requested that Plaintiff be transferred to the Department's facility in Douglas, Arizona.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

22. Defendant denies the allegations in ¶ 22 of Plaintiff's Complaint and affirmatively alleges that Plaintiff's attorney specifically requested that Plaintiff be transferred to Douglas, Arizona, and the Department agreed to that request.

23. Defendant denies the allegations in ¶ 23 of Plaintiff's Complaint.

24. Defendant denies the allegations in ¶ 24 of Plaintiff's Complaint.

25. Defendant denies the allegations in ¶ 25 of Plaintiff's Complaint.

26. Defendant denies the allegations in ¶ 26 of Plaintiff's Complaint.

27. Defendant denies the allegations in ¶ 27 of Plaintiff's Complaint.

28. Defendant denies the allegations in ¶ 28 of Plaintiff's Complaint.

29. Defendant denies the allegations in ¶ 29 of Plaintiff's Complaint.

30. Defendant denies that Plaintiff was subjected to any discriminatory treatment during his employment, but admits the remaining allegations in ¶ 30 of Plaintiff's Complaint.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶ 31 of Plaintiff's Complaint.

32. Defendant denies each and every allegation in Plaintiff's Complaint that it did not specifically admit.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to mitigate his alleged damages.

2. To the extent Plaintiff is seeking punitive or exemplary damages, Defendant affirmatively alleges that it is not liable for any such punitive or exemplary damages under 42 U.S.C. § 1981a(b)(1).

3. Defendant exercised reasonable care to prevent and promptly correct any allegedly discriminatory or harassing behavior and Plaintiff unreasonably failed to take advantage of the preventive or corrective opportunities that Defendant provided.

4. Plaintiff may not seek declaratory, injunctive, or equitable relief as a matter of law.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

5. Defendant reserves the right to amend its Answer to assert additional affirmative defenses that may be revealed during discovery, including those defenses listed in Rule 8(c) of the Federal Rules of Civil Procedure.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for the dismissal of Plaintiff's Complaint, for an award of its costs, and such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 16th day of May, 2018.

*s/ Peter C. Prynkiewicz*
Mark Ogden
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant
State of Arizona

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 16th day of May, 2018.

Stephen Montoya
MONTOYA LUCERO & PASTOR, P.A.
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Attorney for Plaintiff

*s/ Tisha A. Davis*

Firmwide:154384447.1 038059.1028

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600